No. 02–10549.  OSTEEN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–10550.  BROWN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–10555.  POLONCZYK *v.* POLONCZYK ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 02–10556.  NEESE *v.* JUVENILE DEPARTMENT OF MARION COUNTY, OREGON.  Ct. App. Ore.  Certiorari denied.

No. 02–10558.  ARCENEAUX *v.* LOUISIANA.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 02–10559.  ARROYO-MALDONADO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 02–10560.  STRINGER *v.* MCDANIELS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–10562.  RODRIGUEZ *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–10564.  PRESIDENT *v.* KAYLO, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 02–10568.  MOORE *v.* BECK, WARDEN.  C. A. 7th Cir.  Certiorari denied.

*No. 02–10574.  MARTIN v. BAGLEY ET AL.  Ct. App. Neb.*  Certiorari denied.

No. 02–10575.  SEGADE *v.* LAMARQUE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–10578.  TAUBMAN *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 02–10580.  WILCOX *v.* LEWIS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–10584.  TUCKER *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.